UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 6:05-mj-00072-WMW
(P490565, 566, 567, 568)

U.S.A.
v.

JONATHAN REED

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
                _____
          City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS.  **NOTE:  FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____          _____
                                    Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ 300.00**          (✓) Penalty **ASSESSMENT** of $ 40.00

(✓) **PROCESSING** Fee of $ 100.00      for a **TOTAL AMOUNT** of $ 440.00** ,

paid within ~~xxxxxxxxxx~~ OR payments of $ 40.00  per month, commencing

1/15/2013  and due on the 15th  of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

(✓) REVIEW/Post Sentencing HEARING DATE: 3/28/2013  at 10:00  a.m. / p.m. in Dept. SKO
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: The defendant is placed on unsupervised probation for one year and is ordered to obey all laws. $10 penalty assessment and $25 processing fee per citation, $150 fine as to Citation 565, $50 fine as to 566, $0 fine as to 567, $100 fine as to 568, total of $300 in fines. **\*\*$220 of the fine is converted to 22 hours of community service, for a total amount owing of $220.** Rule 43 waiver accepted at Review Hearing.

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU      [ ] CLERK, U.S.D.C.        [✓] CLERK, U.S.D.C.
    PO Box 70939                       501 'I' St., #4-200       2500 Tulare St., Rm 1501
    Charlotte, NC 28272-0939           Sacramento, CA 95814      Fresno, CA 93721
    1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: December 3, 2012          _____/s/ A. Martinez_____
                                 for:  U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007